# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TINA REEVES,

        Plaintiff,

      v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

        Defendant.

Case No. ED CV 17-1283 MRW

JUDGMENT

      It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: March 6, 2018

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE